

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| (See Attachment)<br><br>**Plaintiff,**<br>V.<br>Obelisk, Inc., a Delaware Corporation; Nebulous, Inc., a Delaware corporation, David J. Vorick, an Individual; Zach Herbert, an Individual<br>**Defendant.** | Civil Action No.   18cv2898-LAB-BGS<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

This action is dismissed without prejudice as to all Defendants.

Date:   11/14/19

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ J. Taylor
                                                    J. Taylor, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 18cv2898-LAB-BGS

PLAINTIFFS:
Shaun Roberts, Individually and on behalf of all others similarly situated; Nicholas Colley, Individually and on behalf of all others similarly situated; Allan Henry, Individually and on behalf of all others similarly situated